PITTMAN v. BARKER

No. 65P95

Case below: 9312SC1278 17 January 95

Petition by defendant for temporary stay allowed 3 February 1995.

PURVIS v. BRYSON'S JEWELERS

No. 493P94

Case below: 115 N.C.App. 146

338 N.C. 520

Petition by plaintiff for reconsideration of petition for writ of certiorari dismissed 9 February 1995.

RICHARDSON v. GRUBER

No. 588P94

Case below: 117 N.C.App. 139

Petition by plaintiff (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 9 February 1995.

ROBINETTE v. BARRIGER

No. 527A94

Case below: 116 N.C.App. 197

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 9 February 1995.

ROUSE v. PITT COUNTY MEMORIAL HOSPITAL

No. 505PA94

Case below: 116 N.C.App. 241

Petition by defendant (Jarlath MacKenna) for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995. Petition by defendant (Lynn G. Borchert) for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995.